Andrew Pietropaolo, Respondent,
against
AAMCO, Appellant. 




Patricia Schneider-AAMCO, appellant pro se.
Andrew Pietropaolo, respondent pro se (no brief filed).

Appeal from a judgment of the Justice Court of the Town of Carmel, Putnam County (Joseph J. Spofford, Jr., J.), entered February 5, 2018. The judgment, after a nonjury trial, awarded plaintiff the principal sum of $2,000.




ORDERED that the judgment is affirmed, without costs; and it is further,
ORDERED that the Clerk of the Justice Court of the Town of Carmel, Putnam County, or his or her designee shall amend the caption and all other papers to reflect that defendant's name is "AAMCO."
After a nonjury trial, in this small claims action to recover the sum of $3,000 for failure to properly repair the transmission in plaintiff's vehicle, the Justice Court awarded plaintiff the principal sum of $2,000.
In a small claims action, our review is limited to a determination of whether "substantial justice has . . . been done between the parties according to the rules and principles of substantive law" (UJCA 1807; see UJCA 1804; Ross v Friedman, 269 AD2d 584 [2000]; Williams v Roper, 269 AD2d 125, 126 [2000]). Furthermore, the determination of a trier of fact as to issues of [*2]credibility is given substantial deference, as a trial court's opportunity to observe and evaluate the testimony and demeanor of the witnesses affords it a better perspective from which to assess their credibility (see Vizzari v State of New York, 184 AD2d 564 [1992]; Kincade v Kincade, 178 AD2d 510, 511 [1991]). This deference applies with greater force to judgments rendered in the Small Claims Part of the court (see Williams v Roper, 269 AD2d at 126).
Upon a review of the record, we find no basis to disturb the Justice Court's determination, as it provided the parties with substantial justice according to the rules and principles of substantive law (see UJCA 1804, 1807).
Accordingly, the judgment is affirmed.
We note that Patricia Schneider was improperly named as defendant, and that, before the proceedings were completed, the Justice Court substituted "the business entity, AAMCO, as the proper party defendant." The Clerk of the Justice Court of the Town of Carmel, Putnam County, or his or her designee shall amend the caption and all other papers to reflect that defendant's name is "AAMCO" (see UJCA 1814 [b], [c]), and the caption of the appeal has been so amended.
RUDERMAN, J.P., TOLBERT and EMERSON, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 08, 2019